Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>STEVEN BARRY REISMAN<br><br>Defendant. | NO. CR21-207 RSL<br><br>STIPULATION AND ORDER TO RESET NOTING DATE ON MOTION PENDING AT DOCKET NUMBER 5 |

The United States of America, by and through Nicholas W. Brown, United States Attorney for the Western District of Washington, and Lauren Watts Staniar, Assistant United States Attorney for said District, and Defendant Steven Barry Reisman, by and through his attorney Vanessa Pai-Thompson, Assistant Federal Public Defender, hereby stipulate and agree that the motion currently pending at docket number 5 in the above captioned case be re-noted to August 26, 2022, with the government's response to the motion due on August 25, 2022. AUSA Staniar appeared in this case on August 15, 2022,

after the current noting date. This brief extension is necessary to allow the government to get up to speed in the case and respond to Mr. Reisman's motion.

**ORDER**

Upon consideration of the above stipulation and the record in this matter, the Court approves the parties' proposal to re-note the motion at ECF No. 5 to August 26, 2022, with the government's response due August 25, 2022.

IT IS SO ORDERED

DATED this 17th day of August, 2022.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

*So stipulated and presented by*,

NICHOLAS W. BROWN
United States Attorney

*s/ Filing approved per prior authorization*
VANESSA PAI-THOMPSON
Assistant Federal Public Defender
Attorney for Steven Reisman

*By: s/ Lauren Watts Staniar*
LAUREN WATTS STANIAR
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-5172
Fax: 206-553-0528
Email: lauren.staniar@usdoj.gov